SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 3 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

# United States District Court

NORTHERN  DISTRICT OF  TEXAS

UNITED STATES OF AMERICA

V.

DARIUS FIELDS

**COMPLAINT**

CASE NUMBER: 3-17-MJ-509-BF

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 29, 2017, in the Dallas Division of the Northern District of Texas, defendant(s),

> having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce or foreign commerce a firearm and ammunition,

in violation of Title 18 United States Code, Section(s) 922(g)(1).

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

> See attached Affidavit of Special Agent Deborah L. Michaels, FBI which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:    XX Yes    No

_____
Signature of Complainant
Deborah L. Michaels
SA, FBI

Sworn to before me and subscribed in my presence, on this  3rd  day of  July, 2017, at Dallas, Texas.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

I, Deborah L. Michaels, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the FBI since April 2003. During my time as a Special Agent, I have investigated cases involving violent crimes, illegal narcotics, and computer crimes. I am currently assigned to investigate crimes against children as a member of the Child Exploitation Task Force, and as such, I am responsible for conducting criminal investigations of alleged violations of federal law, to include kidnapping and federal firearms offenses, in violation of 18 U.S.C. § 922(g)(1).

2. I have gained experience in conducting these investigations through training and through everyday work, including executing search warrants and interviewing individuals who have violated such laws.

3. The information contained in this affidavit is based upon my personal knowledge of the described investigation and from information obtained from other law enforcement agents. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts I believe are necessary to establish probable cause to believe that DARIUS JAMAL FIELDS, did knowingly violate 18 U.S.C. § 922(g)(1), felon in possession of a firearm.

## BACKGROUND OF INVESTIGATION AND PROBABLE CAUSE

4. On or about June 28, 2017, at approximately 12:42 P.M. (CST) the Lancaster Police Department (LPD) received a call regarding a missing minor child.

Specifically, officers were advised that a 13-year-old female was missing from her residence located in the 1300 block of Southridge Dr. Lancaster, TX. A relative of the victim (herein identified as "L.R.[1]"), advised that at approximately 10:30 A.M. (CST) she received a telephone call from a private number and when L.R. answered the call a male told her they had the victim. L.R. stated that the suspect told her that if she contacted the police they would kill the victim. An Amber Alert was issued in regards to the kidnapping of the minor victim.

5. Additionally, L.R. advised that her boyfriend (herein referred to as "K.P."), stole a large amount of narcotics from a group of individuals, one of whom L.R. identified as DARIUS FIELDS, herein referred to as FIELDS. L.R. told LPD that the robbery incident occurred in Dallas, TX, on or about June 26, 2017. The next day, L.R. was asked about the robbery by a co-worker and her co-worker told L.R. that the narcotics that were stolen belonged to FIELDS. L.R. told her co-worker that the victim was kidnapped and the co-worker told L.R. that FIELDS had a history of kidnapping people. Investigators interviewed the co-worker and learned the co-worker is the former girlfriend of a relative of FIELDS.

## Relevant Facts Regarding FIELDS

6. On or about June 29, 2017, the LPD obtained a precision location exigent request for call records on the cellular number belonging to FIELDS. The precision location records showed FIELDS to be in close proximity to the Best Western Motel, located at 4110 West Airport, Irving, Dallas, County, TX.

---

[1] The identity of the individuals in this matter are known to law enforcement, however their identities have been redacted due to the on-going investigation.

2

7. Investigators traveled to the Best Western hotel and spoke with staff members and asked if the staff had seen either suspect at the hotel. The front desk staff recognized FIELDS and identified him as the occupant of room #116. Investigators were also provided with a copy of FIELDS' driver's license showing him as the registered occupant of the room. The staff also reported that prior to their arrival a female, described as sounding young, called the front desk to report that the television in the room was having issues and requested for the television to be repaired.

8. Based upon the above information, investigators knocked on the door and contacted FIELDS. Investigators immediately smelled the odor of marijuana emitting from the room as FIELDS opened the door but FIELDS refused the officers entry into the room. Due to the exigent circumstances that the kidnapping victim may still be held against her will inside the room and the odor of marijuana emitting from inside the room, investigators conducted a protective sweep of the room and observed a female actively flushing marijuana down the toilet and marijuana floating in the water.

9. Due to the above, their knowledge that FIELDS was a convicted felon, and their observation of a box of FNH 5.7x28 firearm ammunition in plain view inside the hotel room, the Irving Police Department applied for and obtained a State of Texas search warrant for the hotel room, signed by Judge Jackson on June 30, 2017.

10. Additionally, investigators observed keys to a Honda vehicle inside the room. Parked directly outside of room #116 was a 2010 Black Honda bearing Texas license plate 12R2709. Looking through the rear window of the vehicle, investigators observed an AK47 pistol. FIELDS attempted to grant consent for investigators to search

the vehicle stating, "just search it if you want to," and further stated the key for the vehicle was inside of the hotel room. Based upon this information, FIELDS was in care, custody, and control of the vehicle that contained the firearm.

11. On July 1, 2017, investigators interviewed the co-owner of the black Honda Accord, temporary plate 12R2707, who advised that she met FIELDS on or about June 29, 2017, at approximately 6:30 p.m. and FIELDS asked to trade his blue Ford Escape for her black Honda vehicle.

12. A search warrant was subsequently executed of the black Honda accord and the firearm located in the vehicle is described as follows:

Draco, DA9705-16RO, 7.622 39mm.

13. Information regarding the Draco firearm indicates it was manufactured in Romania, and, thus, traveled in interstate commerce prior to FIELDS's possession of it.

14. I confirmed that FIELDS is a convicted felon, having been convicted of Theft of Property, a felony, on January 12, 2012; and Possession of Controlled Substance, a felony, on April 24, 2012.

## CONCLUSION

15. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that on or about June 29, 2017, in the Northern District of Texas, and DARIUS JAMAL FIELDS, convicted felon, did knowingly possess the above described firearms and ammunition, these items previously affected interstate commerce in that they were shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

*[signature]*
DEBORAH L. MICHAELS
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 3rd day of July, 2017.

*[signature]*
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS